KENNETH EADE (SBN 93774)
keneade@gmail.com
LAW OFFICE OF KENNETH G. EADE
6399 Wilshire Blvd. Suite 507
Los Angeles, CA 90048
Tel: (323) 782-8802
Fax: (323) 704-3539

*Attorney for Plaintiff*
INDEPENDENT FILM DEVELOPMENT CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT FILM DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JUNIOR CAPITAL, INC., a Nevada corporation, IBACKING CORP., a Nevada corporation, ALBERT AIMERS, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.   CV-13-259 BRO (RNx)<br><br>**NOTICE OF LODGING OF PROPOSED DEFAULT JUDGMENT**<br><br>Date:   None<br>Time:   None<br>Ctrm.:  14, Spring St. Floor<br>Judge:  Hon. Beverly Reid O'Connell |

1 | TO:   DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff has lodged with the Court the following document(s), true and correct copies which are attached hereto, in response to the Order Granting Default Judgment dated February 7, 2014 (Dkt 22):

1. (Proposed) Default Judgment.

DATED:  February 11, 2014                Respectfully submitted,

LAW OFFICE OF KENNETH G. EADE

  */s/ Kenneth Eade*
KENNETH G. EADE (SBN 93774),
Attorney for Plaintiff

- 1 -

NOTICE OF LODGING DEFAULT JUDGMENT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action, my business address is Law Office of Kenneth G. Eade, 6399 Wilshire Blvd., Suite 507, Los Angeles, California 90048.

On February 12, 2014, I served the foregoing documents described as:

**NOTICE OF LODGING DEFAULT JUDGMENT; PROPOSED DEFAULT JUDGMENT**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

See attached Service List.

☒ BY U.S. MAIL: I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firms practice for collecting and processing correspondence for mailing. On the same day that correspondence or other service document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage thereon fully prepaid.

☐ BY ELECTRONIC TRANSMISSION: I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed this 12th day of February, 2014, at Los Angeles, California.

                                                   /s/ *Nichelle Guzmán*
                                                  NICHELLE GUZMAN

*Independent Film Dev. Corp. v. Junior Capital, Inc., et al.*
USDC – CA Central Dist., Case No. CV13-259 BRO (RNBx)

## SERVICE LIST

*Defendant JUNIOR CAPITAL, INC.*

Junior Capital, Inc.
c/o State Agent & Transfer Syndicate, Inc.
Registered Agent
112 North Curry Street
Carson City, NV 89703-4934

*Defendant INDIEBACKING CORP.*

Indiebacking Corp./IBACKING CORP.
c/o State Agent & Transfer Syndicate, Inc.
Registered Agent
112 North Curry Street
Carson City, NV 89703-4934

*Defendant ALBERT AIMERS*

Mr. Albert Aimers
422 Richards, Suite 300
Vancouver BC V6B 2Z4
CANADA

- 3 -
NOTICE OF LODGING DEFAULT JUDGMENT